# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

## OCTOBER 1997 SESSION



FILED

**January 26, 1998**

**Cecil Crowson, Jr.**
Appellate Court Clerk

| | | |
|---|---|---|
| **E. L. (ELDRED) REID,** | ) | |
| | ) | **C.C.A. NO. 02C01-9610-CC-00327** |
| Appellant, | ) | |
| | ) | **LAKE COUNTY** |
| VS. | ) | |
| | ) | **HON. JOE G. RILEY, JR.,** |
| **GOV. DON SUNDQUIST,** | ) | **JUDGE** |
| **COMM. DONAL[D] CAMPBELL,** | ) | |
| **and WARDEN FRED RANEY,** | ) | |
| | ) | |
| Appellees. | ) | (Habeas corpus) |

FOR THE APPELLANT:                    FOR THE APPELLEE:

**E. L. (ELDRED) REID, pro se**          **JOHN KNOX WALKUP**
# 203343 NWCC                        Attorney General & Reporter
Rt. 1, Box 660
Tiptonville, TN   38079               **KENNETH W. RUCKER**
                                     Asst. Attorney General
                                     450 James Robertson Pkwy.
                                     Nashville, TN  37243-4351

                                     **C. PHILLIP BIVENS**
                                     District Attorney General
                                     P.O. Drawer E
                                     Dyersburg, TN   38024

OPINION FILED:_____

**AFFIRMED**

**JOHN H. PEAY,**
Judge

# O P I N I O N

The petitioner filed his petition for writ of habeas corpus on July 9, 1996. He is currently incarcerated on a nine year sentence for rape. The court below summarily dismissed the petition. We affirm. Prior to filing this petition, the petitioner pursued a direct appeal of his conviction in this Court, where it was affirmed. See State v. Eldred Reid, No. 01C01-9511-CC-00390, Rutherford County (Tenn. Crim. App. filed June 6, 1997, at Nashville). His Rule 11 application from that decision to our Supreme Court is currently pending. Petitions for habeas corpus and/or post-conviction relief cannot be maintained while a direct appeal is pending. See Hankins v. State, 512 S.W.2d 591, 592 (Tenn. Crim. App. 1974). Accordingly, the judgment below is affirmed.

_____
JOHN H. PEAY, Judge


CONCUR:


_____
PAUL G. SUMMERS, Judge


_____
DAVID G. HAYES, Judge